UNITED STATES of America,
Plaintiff–Appellee,

v.

Hugo Rene GOMEZ, a/k/a Michael Christopher Fiero, a/k/a Michael Christopher Fierro, Defendant–Appellant.

No. 07–6356.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 15, 2007.

Hugo Rene Gomez, Appellant Pro Se. Angela Hewlett Miller, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugo Rene Gomez seeks to appeal the magistrate judge's order denying his motion for a transcript at government expense made in his underlying 28 U.S.C. § 2255 (2000) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Gomez seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*